Laura E. Krank
Attorney at Law: 220208
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562) 437-7006
Fax: (562) 432-2935
E-mail: Laura.Krank@rksslaw.com

Attorneys for Plaintiff
Anthony Rodney Monaco

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY RODNEY MONACO, | Case No.: 2:18-cv-02209-KS |
| Plaintiff, | ~~PROPOSED~~ ORDER OF DISMISSAL |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the parties' stipulation, the above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: August 17, 2018

_____
THE HONORABLE KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

-1-